*Arrested Warsaw* (handwritten)

AO 91 (Rev. 5/85)   Criminal Complaint

This form was electronically produced via OmniForm

# United States District Court

**FILED**
JUN 28 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ *MR*
DEPUTY

_____WESTERN_____ DISTRICT OF _____TEXAS_____

UNITED STATES OF AMERICA

V.

**Scott FREEMAN,**
**Melissa PRESTON**

**CRIMINAL COMPLAINT**

CASE NUMBER: MO:18-MJ-220

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 27, 2018** in _____**Ector**_____ county, in the _____**WESTERN**_____ District of _____**TEXAS**_____, defendant(s) did, (Trace Statutory Language of Offense)

**did knowingly and intentionally conspire with each other and other unknown persons to possess with intent to distribute a controlled substance, which offense involved fifty or more grams of actual methamphetamine, a schedule II controlled substance.**

in violation of Title ____**21**____ , United States Code, Section(s) **841(a)(1) and 846** .

I further state that I am a(n)_____**DEA SA**_____ and that this complaint is based on the following facts:
Official Title

**SEE ATTACHMENT**

Continued on the attached Sheet and made a part hereof:    ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn before me and subscribed in my presence,

**6/28/18**
_____
Date

at    **Midland Texas**
_____
City and State

**U.S. DISTRICT JUDGE DAVID COUNTS**
_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

**AFFIDAVIT**

1. I, Matthew Futch, a Special Agent with the Drug Enforcement Administration (DEA) currently assigned to the Midland, Texas Resident Office, being duly sworn state:

2. I have successfully completed extensive training emphasizing narcotics investigation and law enforcement. I have been employed by the Drug Enforcement Administration as a Special Agent for approximately 11 months and have participated in several narcotics investigations. I have attended and successfully completed Basic Agent Training in Quantico, Virginia. Prior to being employed by the Drug Enforcement Administration, I was employed by the Orange County Sheriff's Office in Orlando, Florida for approximately 4 and a half years. During this time, I conducted hundreds of narcotics investigations ranging from simple possession to trafficking. I have taken multiple trainings on narcotics investigations and identification. In addition, I have operated in an undercover capacity in multiple investigative situations.

3. I am familiar with the facts and circumstances of this investigation as a result of my personal participation in the investigation referred to in this affidavit and information summarized in reports I have reviewed. I have compiled information derived from numerous discussions with experienced law enforcement officers, and detectives of the Odessa Police Department, Ector County Sheriff's Office, Texas Department of Public Safety. Since this complaint is being submitted for the limited purpose of establishing probable cause, I have not included each and every fact known by me in the investigation. More specifically, I have set forth only pertinent facts that I believe are necessary to establish probable cause. Based on the facts cited in the body of this affidavit, I believe that probable cause exists that **Melissa PRESTON** and **Scott FREEMAN** did knowingly and intentionally conspire to possess with

intent to distribute 50 grams or more of actual methamphetamine, a Schedule II Controlled Substance, in violation of Title 21 United States Code Section 841(a)(1) and 846.

4. Since July of 2017, DEA MRO has been investigating the methamphetamine trafficking activities of Melissa PRESTON in the Midland/Odessa, Texas area. In February of 2018, DEA MRO developed a credible and reliable confidential source confidential source (CS) who provided information on PRESTON. This confidential source stated that Scott FREEMAN travels from the Dallas, Texas area to the Odessa, Texas area to deliver multi-pound quantities of methamphetamine to PRESTON.

5. On June 27, 2018, DEA MRO established surveillance of FREEMAN near Stanton, Texas. Surveillance was maintained on FREEMAN and he was observed traveling to 3564 North Freemont Odessa, Texas; a residence of PRESTON. Upon parking his vehicle at PRESTON's residence, FREEMAN was observed exiting his vehicle with an unknown item in his hand and walking into the fenced yard at PRESTON's residence. Several minutes later, FREEMAN was observed walking into the garage of the residence with PRESTON.

6. A short time after FREEMAN's arrival, FREEMAN was observed departing PRESTON's residence. After departing, surveillance was conducted on FREEMAN as he traveled eastbound on Interstate 20. A traffic stop was conducted on FREEMAN by the Midland County Sheriff's Office on Interstate 20 near FM 1788.

7. Upon conducting this traffic stop, FREEMAN advised DEA MRO that he was in possession of $7500-$8000 in United States Currency. FREEMAN stated that this money was in his possession to purchase a car. FREEMAN was detained and the currency in his possession was secured. The currency in FREEMAN's possession consisted of 8 paper clipped bundles of currency and additional loose currency. The paper clipped bundles of currency were bundled with various colored paperclips. This currency was seized pending further investigation.

8.    An interview of FREEMAN was subsequently conducted. FREEMAN was read his Miranda Warning, which he waived and agreed to speak with agents. FREEMAN stated that he brought PRESTON approximately one kilogram of methamphetamine on June 27, 2018. FREEMAN stated that he has done this multiple times in the past. FREEMAN stated that he obtains the methamphetamine in Dallas, Texas and transports it to Odessa, Texas for PRESTON.

9.    As a result of this information and the facts known to DEA MRO obtained through this investigation, search warrants were obtained by Special Agent Futch for PRESTON's properties located at 3564 North Freemont Odessa, Texas and 4074 East Goldenrod Gardendale, Texas. These search warrants were signed by United States District Judge David Counts on June 27, 2018.

10.    Upon executing the warrants, PRESTON was found to be in possession of a quantity of methamphetamine (approximately 1045.7 gross grams) located at 3564 North Freemont Odessa, Texas. Furthermore, an undetermined amount of United States Currency was located in PRESTON's residence. Specifically, 15 bundles of currency were located, all of which had the same various colored paperclips as the currency in FREEMAN's possession.

11.    An interview of PRESTON was conducted. PRESTON was read her Miranda Warning, which she waived and agreed to speak with agents. PRESTON stated that she has been obtaining methamphetamine from FREEMAN. PRESTON stated she calls FREEMAN and he brings methamphetamine to her from Dallas, Texas. PRESTON advised that she has been doing this every few weeks on numerous occassions.

12.    Based on my training, expertise and experience, I believe that probable cause exists that **Melissa PRESTON** and **Scott FREEMAN** did knowingly and intentionally conspire to possess with intent to distribute 50 grams or more of actual methamphetamine, a Schedule II

3

Controlled Substance, in violation of Title 21, United States Code Sections 841(a)(1) and 846.


_____          6-28-18
Matthew A. Futch                          Date
Special Agent
Drug Enforcement Administration

Sworn to and subscribed before me in my presence.

_____          6/28/18
David Counts                              Date
United States District Judge